UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

WESLEY LEE,

        Plaintiff,

   vs.

SAINT-GOBAIN CONTAINERS, INC., a Delaware corporation,

        Defendants.

Case No. 1:13-CV-01638-LJO-GSA

**ORDER OF DISMISSAL BASED UPON THE STIPULATION OF ALL PARTIES (Doc. 23)**

Based on all Parties' stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

**SO ORDERED**
**Dated: July 17, 2014**

                                            **/s/ Lawrence J. O'Neill**
                                            **United States District Judge**